MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
**BELVEDERE LEGAL, PC**
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone: (415) 513-5980
Facsimile:  (415) 513-5985

Attorney for Debtor-in-Possession
Lucero LLC

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re

LUCERO LLC

Debtor.

EIN 20-4801061

Case No.  26−30160 DM 11

Chapter 11

**STATUS CONFERENCE STATEMENT**

Date:  July 10, 2026
Time: 10:00 a.m.
Place: Via In-Person or Zoom
**www.canb.uscourts.gov/calendars**
Courtroom 17
450 Golden Gate Avenue
16th Floor)
San Francisco, California

**Judge:** Hon. Dennis Montali

    **TO:     THE HONORABLE DENNIS MONTALI, THE OFFICE OF THE UNITED STATES TRUSTEE,  ALL CREDITORS AND PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** through its docket text order dated April 24, 2026, the Court scheduled a hearing date of **July 10, 2026 at 10:00 a.m.** to consider tentative approval of a Combined Plan and Disclosure Statement ("Plan"), or, if a Plan is not filed, a status conference.

Case: 26-30160   Doc# 55   Filed: 07/03/26   Entered: 07/03/26 14:22:53   Page 1 of 8

For the reasons that follow, Debtor has not yet filed the Plan and files the instant status conference statement in its stead.

1. This is a solvent estate; Debtor anticipates prosecuting a Plan that will cure secured debt arrears, pay statutorily secured property tax claims, pay in full allowed administrative claims and priority unsecured claims, and provide a 100% dividend with interest to allowed general unsecured claims.

2. To fund this Plan, Debtor, at a minimum, needs to sell the real property of the estate commonly known as 453 Grand Ave., South San Francisco, CA 94080, APN: 012-305-080 ("Grand Ave Property"). Debtor is now in contract with a proposed purchaser for a proposed sale price of $1,300,000.00, subject to notice and opportunity for overbid. Debtor reasonably anticipates overbids and, in the event of an overbid, would like to schedule an overbid auction at the date of the hearing on the § 363 sale motion. Debtor anticipated filing and serving the § 363 sale motion for a July 31, 2026 hearing date but first needed at least minimum clarity on the estimated payoff due and owing to senior secured lender the Malgesini 401K Plan ("Malgesini"). Yesterday, July 3, 2026, after close of business, Malgesini 401K Plan filed Claim 11-1 as a secured claim in the amount of $545,723.30. As soon as Chicago Title updates the Estimated Seller's Statement attached hereto as **Exhibit 1** to include payment of Claim 5-1 ($90,561) and Claim 6-1 ($156,396) in favor of Michael G. Verdone and Claim 11-1 ($545,723.30) in favor of Malgesini, Debtor anticipates that the sale motion will demonstrate that the net benefit to the estate out of escrow will be around $400,000.00. Debtor anticipates prosecuting the § 363 on regular 28 days' notice for the next available open calendar hearing date of August 14, 2026, with an anticipated overbid deadline of August 7, 2026.

3. Debtor's proposed Plan will administer the nine (9) real properties of the estate as follows. Pre-confirmation, Debtor will sell the Grand Ave Property. Debtor will use the estimated $400,000 of arrears, in part, to cure and reinstate the following six (6) real properties:

| Property No. | Address | Est. Fair Market Value | Lien(s) | Est. Balance Owed | Equity Cushion % |
|---|---|---|---|---|---|
| No. 1 "22nd Street Property" | 3382 22nd St., San Francisco, CA 94110 APN: 3617-025 | $1,700,000.00 | Kerry Welsh, Trustee of Stedgh Trust | $650,000.00 | 62% |
| No. 2 "26th Street Property" | 3333 26th St., San Francisco, CA 94110 APN: 6571-022 | $1,464,000.00 | 1)San Francisco Tax Collector; 2) Deborah De Niro et al. | 1) $11,373.63; 2) $506,884.70 | 66% |
| No. 3 "1010 Alabama Property" | 1010 Alabama St., San Francisco, CA 94110 APN: 4148-003 | $1,105,000.00 | Ben Ishi Hai Inc | $622,529.68 | 44% |
| No. 4 "Ellsworth Property" | 585 Ellsworth St., San Francisco, CA 94110 APN: 5725-016 | $1,140,000.00 | 1) San Francisco Tax Collector; 2) Gerard Menicucci | 1) $14,408.51; 2) $375,000.00 | 67% |
| No. 5 "Guerrero Property" | 971 Guerrero St., San Francisco, CA 94110 APN: 3617-030 | $2,479,300.00 | 1) San Francisco Tax Collector; 2) Bear Valley Shopping Center 26, LLC | 1) $28,671.72; 2) $836,580.70 | 65.1% |
| No. 9 "Ontario Property" | 1676 Ontario Dr,, Sunnyvale, CA 94087 | $2,426,000.00 | Sage Investments, LP | $558,959.56 | 48% |

4. Debtor will propose to sell through the Plan the following two (2) real properties:

| Property No. | Address | Est. Fair Market Value | Lien(s) | Est. Balance Owed | Equity Cushion % |
|---|---|---|---|---|---|
| No. 6 "909 Hendley Property" | 909 Hendley St., Santa Rosa, CA 95404 APN: 009-316-023 | $609,500.00 | Angela B. Matian | $316,644.41 | 57% |
| No. 7 "2721 Victoria Property" | 2721 Victoria Dr., Santa Rosa, CA 95407 APN: 043-084-006 | $571,000.00 | 1) Sonoma County Tax Collector; 2) PKN Investments, LLC | 1) $11,823.00; 2) $420,000.00. | 26% |

5. Debtor may also notice tentative approval of Debtor's Plan on 14 days' notice for the same August 14, 2026 hearing date; however, Debtor will notice a Plan confirmation hearing after the close of escrow on the Grand Ave property sale.

6. Debtor is not aware of any additional issues at this time.

7. Debtor is not opposed to continuing the status conference to the August 14, 2026 date.

Dated: July 3, 2026

BELVEDERE LEGAL, PC
/s/ Matthew D. Metzger
Matthew D. Metzger
Attorney for Debtor-in-Possession Lucero LLC

# EXHIBIT 1

# Chicago Title Company
## License #: 2993-4

333 Gellert Blvd, Suite 211, Daly City, CA 94015
Phone: (650)581-2180 | Fax: (650)991-8995

## ESTIMATED SELLER'S STATEMENT

**Settlement Date:** July 9, 2026    **Escrow Number:** FWTO-3492600546
**Disbursement Date:** July 9, 2026    **Escrow Officer:** Jayson Yambao
**Email:** jyambao@ctt.com

**Buyer:** Julio Lopez Rios

**Seller:** Lucero LLC, a Delaware Limited Liability Company

**Property:** 453 Grand Avenue
South San Francisco, CA 94080
Parcel ID(s): 012-305-080 Tax/Map ID(s):

| | | $ DEBITS | $ CREDITS |
|---|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | | |
| Sale Price of Property | | | 1,300,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | | |
| County Taxes at $5,272.36 | 07/01/26 to 07/09/26 ($5,272.36 / 180 X 8 days) | 234.33 | |
| **COMMISSIONS** | | | |
| Commission - Listing Agent | Economic Concepts $1,300,000.00 @ 2.5000% = $32,500.00 | 32,500.00 | |
|   need cda | | | |
| Commission - Selling Agent | Mosaik Real Estate $1,300,000.00 @ 2.5000% = $32,500.00 | 32,500.00 | |
|   need cda | | | |
| **TITLE & ESCROW CHARGES** | | | |
| Title - CALFIRPTA Processing Fee | Chicago Title Company | 45.00 | |
| Title - Courier Fees | Chicago Title Company | 50.00 | |
| Title - Notary Fee | Chicago Title Company | 200.00 | |
| **GOVERNMENT CHARGES** | | | |
| San Mateo County Transfer Tax ($1,430.00) | Chicago Title Company | 1,430.00 | |
| **MISCELLANEOUS CHARGES** | | | |
| Natural Hazard Report | | 123.95 | |
| Property Taxes 1st Inst 2025-2026 | San Mateo County Tax Collector | 5,799.59 | |
| Property Taxes 2nd Inst 2025-2026 | San Mateo County Tax Collector | 6,239.59 | |
| Defaulted Taxe s 2025 | San Mateo County Tax Collector | 6,954.24 | |
| **Subtotals** | | 86,076.70 | 1,300,000.00 |
| **Balance Due TO Seller** | | **1,213,923.30** | |
| **TOTALS** | | 1,300,000.00 | 1,300,000.00 |

Case: 26-30160  Doc# 55  Filed: 07/03/26  Entered: 07/03/26 14:22:53  Page 5 of 8

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements to be made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

Lucero LLC, a Delaware Limited Liability Company

BY:_____
    Henry Lucero

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; my business address is Belvedere Legal, PC, 1777 Borel Place, Suite 314, San Mateo, CA 94402.

On July 3, 2026, I served the attached document(s) entitled:

## **STATUS CONFERENCE STATEMENT**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document was served by the court via NEF and hyperlink to the document. On **May 31, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>Matthew H. Aguirre on behalf of Interested Party Sage Investments, LP maguirre@theryanfirm.com, ecf@theryanfirm.com<br><br>Trevor Ross Fehr on behalf of U.S. Trustee Office of the U.S. Trustee / SF trevor.fehr@usdoj.gov<br><br>Matthew D. Metzger on behalf of Debtor Lucero LLC belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com<br><br>Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov<br><br>Leonard Pena on behalf of Creditor Ben Ish Hai, Inc. lpena@penalaw.com, penasomaecf@gmail.com<br><br>Joshua L. Scheer on behalf of Creditor BEAR VALLEY SHOPPING CENTER 26, LLC, its successors and/or assignees jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com<br><br>Daren M Schlecter on behalf of Creditor Malgesini 401K Plan daren@schlecterlaw.com, info@schlecterlaw.com<br><br>Jonathan Nili Vaknin on behalf of Creditor Malgesini 401K Plan jonathan@vakninlaw.com |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party |

served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 3, 2026 at San Mateo, California.

/s/ *Matthew D. Metzger*

Matthew D. Metzger